# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

GLOBAL ONE FINANCIAL, INC.,

    Plaintiff,

v.                                              Case No:  9:13-cv-81230

INTERMED SERVICES, P.A., et al.,

    Defendants,

and

MEDICARE PART B,

    Garnishee.

_____/

## **PLAINTIFF'S MOTION TO DISSOLVE WRIT OF GARNISHMENT**

Plaintiff, Global One Financial, Inc., by and through its undersigned counsel, moves this Court for the entry of an Order dissolving the Writ of Garnishment dated March 14, 2016, directed to Garnishee, Medicare Part B.

DATED this 26th day of April, 2016.

                                                                  */s/  Ken Abele*
                                                                  KEN ABELE
                                                                  Florida Bar No. 0254370
                                                                  Georgia Bar No. 000377
                                                                  Ausley McMullen
                                                                  123 South Calhoun Street (32301)
                                                                  Post Office Box 39l
                                                                  Tallahassee, Florida 32302-0391
                                                                 (850) 224-9115; (800) 788-9115
                                                                 kabele@ausley.com
                                                                  sspears@ausley.com

                                                                  Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 26th day of April, 2016, a true and correct copy of the foregoing has been served electronically filed via CM/ECF and by Email and U.S. Mail to the following attorneys of record:

Michael D. Brown, Esquire
Brown & Associates, P.A.
2620 Lake Shore Drive, Suite 100
Riviera Beach, Florida  33404-4603
lawmdbrown@aol.com

Maureen Donlan, Asst. U.S. Attorney
99 N.E. 4th Street, Suite 300
Miami, Florida  33132
Maureen.Donlan@usdoj.gov

/s/ Ken Abele
Attorney